# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil action no.: 1:11-cv-07485 ) |
| **SUPER MAID, LLC**, an Illinois limited liability company, d/b/a **SUPERMAID**, and **PAUL KRAWCZYK**, an individual, | ) Hon. John J. Tharp, Jr. ) ) ) |
| Defendants. | ) |

## SECRETARY OF LABOR'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, plaintiff, **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor, by his undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby respectfully moves for summary judgment on the grounds that there is no genuine issue as to any material fact and that plaintiff is entitled to judgment as a matter of law under the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. § 201 *et seq*. (hereinafter the "Act"). As grounds therefore, the Secretary submits the following:

    1.    The pleadings; defendants' responses to the Secretary's interrogatories, requests for production of documents, and requests for admissions; deposition; company records; and declarations, show that there is no genuine issue of material fact.

2. Plaintiff, as a matter of law, is entitled to a judgment finding that the defendants violated the minimum wage, overtime and recordkeeping provisions of sections 6, 7 and 11(c) of the Act.

3. Plaintiff, as a matter of law, is entitled to judgment, pursuant to section 17 of the Act, restraining defendants from violating the minimum wage, overtime, and recordkeeping provisions of the Act and for a judgment, pursuant to section 16(c), ordering payment in the amount of $92,252.63 in unpaid minimum wage and overtime compensation due 55 employees under the Act and for an equal amount of liquidated damages for a total amount of $184,505.26.

**WHEREFORE**, the Secretary moves for entry of summary judgment in his favor in accordance with the foregoing.

Respectfully submitted,

**M. PATRICIA SMITH**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

/s/ Linda J. Ringstad
U.S. Department of Labor   **LINDA J. RINGSTAD**
Office of the Solicitor    Counsel for Wage and Hour
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604    /s/ Stacey L. Scanlon
Telephone No.: (312) 353-3668   **STACEY L. SCANLON**
ringstad.linda@dol.gov     Attorney

Attorneys for **THOMAS E. PEREZ**,
Secretary of Labor,
U.S. Department of Labor, Plaintiff